No. 69711.—National Silver Co. *v.* United States, protest 65/4436 (Los Angeles).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of knives similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (54 Cust. Ct. 178, C.D. 2529), the claim of the plaintiff was sustained.

No. 69712.—Norton & Ellis, Inc., et al. *v.* United States, protests 62/1263, etc. (Norfolk).

Opinion by Ford, J.   In accordance with stipulation of counsel that the merchandise consists of spindles and parts thereof, dedicated to use on twister and spinning frames employing the "Cotton System," similar in all material respects to those the subject of *Atkinson, Haserick & Co., Inc.* v. *United States* (52 Cust. Ct. 215, C.D. 2463), the claim of the plaintiffs was sustained.